CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RJLo

JUL 25 2011

JULIA C. DUDLEY, CLERK
BY: HMcDonaCo
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JUDSON WITHAM, | ) | Civil Action No. 7:11-cv-00354 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| N.R.V.R.J., et al., | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court. Plaintiff may refile his claims as a new and separate action at the time of his choice.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 25th day of July, 2011.

Senior United States District Judge